```
_____ FILED _____ LODGED
_____ RECEIVED
09/24/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ACCOUNT(S):<br><br>**Microsoft Account:**<br>**scottawhittington@live.com**<br><br>located at premises controlled by Microsoft Corporation, located at 1 Microsoft Way, Redmond, Washington 98052 | CASE NO.  3:21-mj-05198<br><br>ORDER FOR NONDISCLOSURE<br><br>**(FILED UNDER SEAL)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation ("Provider"), an electronic communication service provider and/or a remote computing service not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the warrant issued by the Court until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witnesses.  *See* 18 U.S.C. § 2705(b).

ORDER FOR NONDISCLOSURE - 1
USAO# 2020R01117

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Provider shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, unless and until otherwise authorized to do so by the Court, except that Provider may disclose the warrant to an attorney for Provider for the purpose of receiving legal advice.

   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, until further order of the Court.

   DATED this 24th day of September 2021.

*Theresa L. Fricke*
THERESA L. FRICKE
United States Magistrate Judge

ORDER FOR NONDISCLOSURE - 2
USAO# 2020R01117

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970